IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FAIR POLITICAL PRACTICES      )
COMMISSION,                   )    2:12-cv-00093-GEB-CKD
                              )
          Plaintiff,          )
                              )    STATUS (PRETRIAL SCHEDULING)
     v.                       )    ORDER
                              )
UNITED STATES POSTAL SERVICE, )
                              )
          Defendant.          )
_____)
```

The status (pretrial scheduling) conference scheduled for June 11, 2012, is vacated since the parties' Joint Status Report filed on May 23, 2012 ("JSR"), indicates that the following Order should issue.

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

### MOTION HEARING SCHEDULE

The parties state in the JSR "that cross-motions for summary judgment will be dispositive of all claims in this case[,]" and request that their proposed briefing scheduled be adopted. (JSR 2:10-18.) The parties' proposed briefing schedule is adopted as follows:

Defendant's Motion for Summary Judgment shall be filed on or before July 2, 2012;

Plaintiff's Opposition and Cross-Motion for Summary Judgment shall be filed on or before August 14, 2012;

1       Defendant's Opposition and Reply shall be filed on or before
2 September 7, 2012;
3       Plaintiff's Reply shall be filed on or before September 24,
4 2012; and
5       The hearing on the motions shall be noticed for October 9,
6 2012, at 9:00 a.m.
7       IT IS SO ORDERED.
8 Dated:  June 5, 2012

GARLAND E. BURRELL, JR.
United States District Judge