# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**FAIR POLITICAL PRACTICES COMMISSION,**

    Plaintiff,

v.

**UNITED STATES POSTAL SERVICE,**

    Defendant.

Case No.: 2:12-cv-00093 (GEB) (CKD)

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation re: Briefing and Hearing Schedule for Plaintiff's Motion for an Award of Attorneys' Fees, hereby approves the stipulation and orders as follows:

Defendant's Opposition to Plaintiff's Motion for an Award of Attorneys' Fees must be filed on or before February 25, 2013, and Plaintiff's Reply must be filed on or before March 4, 2013.  The date of the hearing to consider Plaintiff's Motion shall be March 11, 2013 at 9:00am.

IT IS SO ORDERED.

**Date: 1/16/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1 – [Proposed] Order